# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 05-3693, 06-2054/2055/2056/2564

_____

| | | |
|---|---|---|
| Jimmy Shane Cantrell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Grant Harris, Warden, Varner Unit, | * | |
| ADC; Larry Norris, Director, | * | [UNPUBLISHED] |
| Arkansas Department of Correction; | * | |
| G. Moore, Captain, Varner Unit, ADC; | * | |
| John Doe; Marshall Gender, Varner | * | |
| Unit, ADC; Teresa Conrad, Ms., Varner | * | |
| Unit, ADC; Janice Metcalf, Varner Unit, | * | |
| ADC; Tamara Hammock, Ms., Varner | * | |
| Unit, ADC; Tim Moncrief, Assistant | * | |
| Warden, Varner Unit, ADC; James, | * | |
| Mr., Varner Unit, ADC; Judy | * | |
| Hathaway, Grievance Office, Varner | * | |
| Unit, ADC; Thomas Hurst, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 29, 2007
Filed: April 10, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

In these five consolidated appeals, Arkansas inmate Jimmy Shane Cantrell (Cantrell) appeals several of the district court's[1] prejudgment orders and the ultimate dismissal order entered after an evidentiary hearing in his 42 U.S.C. § 1983 action. He also moves for appointment of counsel. After a de novo review, see Randle v. Parker, 48 F.3d 301, 303 (8th Cir. 1995) (standard of review), we conclude the dismissal of Cantrell's complaint was proper. We further conclude the other orders resulted in no reversible error.

Accordingly, we affirm in all five appeals. See 8th Cir. R. 47B. We deny the pending motions for counsel.

_____

---

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, as to some orders adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.